# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| Case No. | 5:26-cv-03731-JWH-SSC | Date | July 8, 2026 |
|---|---|---|---|
| Title | *Aleksei Bakumets v. Warden, Adelanto ICE Processing Center, et al.* | | |

Present: The Honorable      JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER DENYING PETITIONER'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER [ECF No. 2]**

Before the Court is the Motion of Petitioner Alexei Bakumets for a Temporary Restraining Order (a "<u>TRO</u>") (1) enjoining Respondents from continuing to detain Bakumets; (2) ordering his immediate release from the Adelanto Immigration and Customs Enforcement Processing Center; (3) enjoining Respondents from re-detaining Bakumets absent seven days' advance written notice and a pre-deprivation hearing before a neutral decisionmaker at which the Government bears the burden by clear and convincing evidence; and (4) enjoining Respondents from transferring Bakumets outside this District, and from removing him from this jurisdiction without at least three days' notice, pending the resolution of this matter.[1]  The Court determines that this matter is appropriate for resolution without a hearing.  *See* Fed. R. Civ. P. 78; L.R. 7-15.

---

[1]      Pl.-Pet.'s *Ex Parte* Appl. for TRO (the "<u>Application</u>") 2:7-16 [ECF No. 2].

After considering the papers filed in support and in response,[2] the Court **DENIES** Bakumets's Application, for the reasons set forth below.

In view of the high volume of petitions for writs of habeas corpus filed by those in immigration detention, and to facilitate their expedited resolution, the Court has issued General Order No. 26-05.[3]  Pursuant to that General Order, the Court set a briefing schedule for Bakumets's Petition:  Respondents' answer is due by July 13, 2026, and Bakumets's reply, if any, is due no later than July 16, 2026.[4]  Furthermore, General Order No. 26-05 requires the Government to provide Bakumets with at least "two court days' notice" if it intends to remove him from the Central District of California.[5]

In view of the expedited briefing schedule for the underlying Petition and the notice requirement before Bakumets may be removed from this district, the Court is not convinced that emergency relief is necessary.  Any delay that may result from awarding Bakumets relief based upon the Petition alone would be minimal.  Thus, the Court concludes that Bakumets is not entitled to preliminary relief at this time. *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (the petitioner "must establish . . . that he is likely to suffer irreparable harm in the absence of preliminary relief").  Accordingly, Bakumets's Application is **DENIED**.

For those reasons, the Court hereby **ORDERS** as follows:

1.      Bakumets's instant Application [ECF No. 2] is **DENIED**.

2.      Pursuant to General Order Nos. 05-07 and 26-05, proceedings on the merits of Bakumets's underlying Amended Petition will **CONTINUE** before the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

---

[2]      The Court considered the documents of record in this action, including the following papers:  (1) Application; and (2) Pl.-Pet.'s Pet. (the "Petition") [ECF No. 1].

[3]      Not. of General Order 26-05 and Briefing Schedule (the "General Order") [ECF No. 5].

[4]      *Id.* at ¶¶ 2-4.

[5]      *Id.* at 4:23–26.

CIVIL MINUTES— GENERAL              Initials of Deputy Clerk cla