JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEKSEI BAKUMETS,<br>Petitioner,<br>v.<br>WARDEN, Adelanto ICE Processing Center, *et al.*,<br>Respondents. | Case No. 5:26-cv-03731-JWH-SSC<br><br>**JUDGMENT** |

Pursuant to the "Memorandum and Order Granting Unopposed Habeas Petition" entered on or about July 17, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition under 28 U.S.C. § 2241 is **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 20, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE